**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TERRACE JOHNSON,

      Plaintiff,

v.                            Case No. 8:25-cv-605-MSS-LSG

STATE OF FLORIDA,

      Defendant.

_____/

**REPORT AND RECOMMENDATION**

The *pro se* plaintiff Terrace Johnson moves to proceed *in forma pauperis*, Doc. 1, but files no complaint. A May 14, 2025, order required the plaintiff to file a complaint by May 30, 2025, and instructed the plaintiff that if he "wishes to proceed with a civil action, the plaintiff must file a complaint[.]" Doc. 2. The plaintiff fails to comply or otherwise prosecute this case. The filing of a complaint is necessary to proceed in this civil action and for the Court to evaluate whether the plaintiff may proceed *in forma pauperis*. *See* FED. R. CIV. P. 3 ("A civil action is commenced by filing a complaint with the court."); 28 U.S.C. § 1915(e)(2)(B).

Thus, I recommend (1) denying the plaintiff's motion to proceed *in forma pauperis*, Doc. 1; (2) dismissing this case without prejudice for failure to prosecute; and (3) directing the Clerk to terminate any pending motion and close the case. *See Owens v. Pinellas Cnty. Sheriff's Dep't*, 331 F. App'x 654, 656 (11th Cir. 2009)

("Pursuant to Fed. R. Civ. P. 41(b), a district court may *sua sponte* dismiss a plaintiff's action for failure to comply with the rules or any order of the court.").

**REPORTED** in Tampa, Florida, on this 3rd day of June 2025.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge

## NOTICE TO PARTIES

A party has fourteen days from today to file written objections to the report and recommendation's factual findings and legal conclusions. A party's failure to file written objections waives the party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the report and recommendation. *See* 11th Cir. R. 3-1. To expedite resolution, parties may file a joint notice waiving the objection period.