## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**TERRACE JOHNSON,**

     **Plaintiff,**

**v.**                      **Case No: 8:25-cv-00605-MSS-LSG**

**STATE OF FLORIDA,**

     **Defendant.**

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion to Proceed In Forma Pauperis. (Dkt. 1). On June 3, 2025, United States Magistrate Judge Lindsay S. Griffin issued a Report and Recommendation, recommending the Court: (i) deny Plaintiff's Motion to Proceed In Forma Pauperis, (Dkt. 1); (ii) dismiss this case without prejudice for failure to prosecute; and (iii) direct the Clerk to terminate any pending motions and close the case. (Dkt. 3) The time to file written objections to the Report and Recommendation's factual findings and legal conclusions has passed, and Plaintiff has not filed any written objections.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall

make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED** that:

1.    The Report and Recommendation, (Dkt. 3), is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    Plaintiff's Motion to Proceed In Forma Pauperis, (Dkt. 1), is **DENIED**.

3.      This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of July 2025.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person